# EXHIBIT 2

| | |
|---|---|
| **STATE OF NORTH CAROLINA** | **IN THE GENERAL COURT OF JUSTICE** |
| | **SUPERIOR COURT DIVISION** |
| **COUNTY OF MECKLENBURG** | **23-CVS-4537** |

SHOW PROS ENTERTAINMENT )
SERVICES OF CHARLOTTE, INC. )
                                 )
    Plaintiff,                       )
                                 )
v.                              )    **NOTICE OF FILING OF**
                                 )    **NOTICE OF REMOVAL**
PANTHERS STADIUM, LLC ,      )
                                 )
    Defendant.                )

TO:    The Honorable Judges of the General Court of Justice, Superior Court Division, in the County of Mecklenburg, State of North Carolina, and:

                              Sara R. Lincoln
                              R. Jeremy Sugg
                              Lincoln Derr PLLC
                              4350 Congress Street, Suite 575
                              Charlotte, North Carolina 28209

       On April 13, 2023, Defendant Panthers Stadium, LLC filed a Notice of Removal in the United States District Court for the Western District of North Carolina, with respect to the captioned matter. A copy of the Notice of Removal is attached as Exhibit 1.

This the 13th day of April, 2023.

*[signature]*

Scott M. Tyler
N.C. Bar. No: 23300
Joseph M. Piligian
N.C. State Bar No. 57533
Moore & Van Allen, PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone: 704-331-1000
Facsimile: (704) 331-1159
scotttyler@mvalaw.com
joepiligian@mvalaw.com

*Attorneys for Defendant*
*Panthers Stadium, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing **NOTICE OF FILING OF NOTICE OF REMOVAL** was served via electronic mail to the following counsel for Plaintiff:

>Sara R. Lincoln
>R. Jeremy Sugg
>Lincoln Derr PLLC
>4350 Congress Street, Suite 575
>Charlotte, North Carolina 28209
>sara.lincoln@lincolnderr.com
>jeremy.sugg@lincolnderr.com

This the 13th day of April, 2023.

                                                  Joseph M. Piligian