# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | |
|---|---|
| Show Pros Entertainment Services of Charlotte, Inc. )<br>*Plaintiff* )<br>v. )<br>Panthers Stadium, LLC )<br>*Defendant* ) | Case No. 23-CV-00212 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Panthers Stadium, LLC

Date: 04/13/2023

*Attorney's signature*

Joseph M. Piligian  NC Bar No. 57533
*Printed name and bar number*

MOORE & VAN ALLEN PLLC
100 N. Tryon St., Suite 4700
Charlotte, NC 28202
*Address*

Joepiligian@mvalaw.com
*E-mail address*

(704) 331-1116
*Telephone number*

(704) 339-5860
*FAX number*