IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:23-cv-00212-MOC-SCR

| | |
|---|---|
| SHOW PROS ENTERTAINMENT SERVICES OF CHARLOTTE, INC., <br><br> Plaintiff, <br><br> v. <br><br> PANTHERS STADIUM, LLC, <br><br> Defendant. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff, Show Pros Entertainment Services of Charlotte, Inc., and Defendant, Panthers Stadium, LLC, by and through their respective counsel and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate that all claims asserted in the above captioned action are dismissed with prejudice and each party shall bear its own court costs and attorneys' fees.

Stipulated and agreed to, this the 15th day of April, 2024.

/s/ Sara R. Lincoln
Sara R. Lincoln (NC Bar No. 22744)
Lincoln Derr PLLC
4350 Congress Street, Suite 575
Charlotte, NC 28209
(704) 831-3520
sara.lincoln@lincolnderr.com

*Attorney for Plaintiff*
*Show Pros Entertainment Services of Charlotte, Inc.*

/s/Scott M. Tyler
Scott M. Tyler (NC Bar No. 23300)
Joseph M. Piligian (NC Bar No. 57533)
Moore & Van Allen PLLC
100 N. Tryon Street, Suite 4700
Charlotte, NC 28202
704-331-1000
scotttyler@mvalaw.com
joepiligian@mvalaw.com

*Attorneys for Defendant*
*Panthers Stadium, LLC*